# Exhibit A

US008365313B2

RGB09001USU

(12) **United States Patent**
Greenblat

(10) Patent No.: **US 8,365,313 B2**
(45) Date of Patent: **Feb. 5, 2013**

(54) **REVERSIBLE SLEEVED GARMENT ACCESSORY**

(75) Inventor: **Ruth Ann Greenblat**, Diamond Bar, CA (US)

(73) Assignee: **R and A Synergy**, Diamond Bar, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 177 days.

(21) Appl. No.: **12/699,751**

(22) Filed: **Feb. 3, 2010**

(65) **Prior Publication Data**

US 2010/0199403 A1     Aug. 12, 2010

**Related U.S. Application Data**

(60) Provisional application No. 61/281,474, filed on Nov. 17, 2009, provisional application No. 61/278,647, filed on Oct. 9, 2009, provisional application No. 61/206,706, filed on Feb. 3, 2009.

(51) Int. Cl.
*A41D 1/00*     (2006.01)

(52) **U.S. Cl.** .......................................................... **2/69**

(58) **Field of Classification Search** .............. 2/113, 115, 2/106, 269, 118, 119, 125, 126, 55; 450/1, 450/86, 3, 4, 7, 11, 30, 66, 91
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 593,175 A | 11/1897 | Heyman | |
| 1,155,544 A | 10/1915 | Bonoff | |
| 1,236,720 A | 8/1917 | Kotek | |
| 1,269,805 A | 6/1918 | Felberbaum | |
| 1,637,518 A | 8/1927 | Brunk et al. | |
| 2,313,519 A | 3/1943 | Cuttler | |
| 2,334,498 A | 11/1943 | Merkent | |
| 2,382,396 A | 8/1945 | Carlu | |
| 2,603,788 A | 7/1952 | Page | |
| 2,677,131 A | 5/1954 | Shuster | |
| 2,690,565 A | 10/1954 | Cornet | |
| 2,774,075 A | 12/1956 | Saccoccio | |
| 3,378,853 A | 4/1968 | Fierst | |
| 3,380,075 A | 4/1968 | Marthinsson | |
| 4,625,338 A * | 12/1986 | Starling | 2/106 |
| 4,866,791 A | 9/1989 | Carver | |
| 4,956,878 A * | 9/1990 | Boynton | 2/67 |
| 5,038,414 A * | 8/1991 | Freeman | 2/409 |
| D331,138 S * | 11/1992 | Kopp et al. | D2/703 |
| 5,628,064 A | 5/1997 | Chung | |
| 5,667,422 A * | 9/1997 | Erwin | 450/30 |
| 6,012,166 A * | 1/2000 | Burbidge | 2/83 |
| 6,183,339 B1 | 2/2001 | Thompson | |
| 6,282,720 B1 * | 9/2001 | Mayer | 2/113 |
| 6,393,611 B1 | 5/2002 | Thompson | |
| 6,430,748 B1 * | 8/2002 | Burkhart | 2/78.1 |
| 7,066,784 B2 | 6/2006 | Peny | |
| D553,827 S * | 10/2007 | Mehes | D2/846 |
| 7,395,557 B1 * | 7/2008 | Ledyard | 2/113 |
| 2007/0163026 A1 * | 7/2007 | Perry | 2/69 |
| 2009/0098801 A1 * | 4/2009 | Pedersen et al. | 450/7 |

OTHER PUBLICATIONS

The Snapsource; Intro to Snap Fasteners; www.snapsource.com.
UTSAV; www.utsavsarees.com.
Choli; Fashion Encyclopedia: The Ancient World—India; www.fashionencyclopaedia.com.

* cited by examiner

*Primary Examiner* — Khoa Huynh
*Assistant Examiner* — Anna Kinsaul
(74) *Attorney, Agent, or Firm* — The Eclipse Group LLP

(57)     **ABSTRACT**

A reversible garment accessory of the invention designed to be seamlessly worn with sleeveless or strapless tops, dresses or other garments for the purpose of varying the appearance of the original garment, while at the same time concealing a woman's arms without adding undue bulkiness on the torso of the wearer.

**11 Claims, 17 Drawing Sheets**





02-08-2013
SM



FIG. 1

FIG. 2

FIG. 3



FIG. 4

FIG. 5



FIG. 6

FIG. 7



FIG. 8

FIG. 9



FIG. 10

FIG. 11



FIG. 12

FIG. 13



FIG. 14



FIG. 15



FIG. 16



FIG. 17



FIG. 18



FIG. 19

FIG. 20



FIG. 21

FIG. 22



FIG. 23

FIG. 24



FIG. 25

FIG. 26



FIG. 27

FIG. 28



FIG. 29

FIG. 30



FIG. 31

FIG. 32



FIG. 33

FIG. 34



FIG. 35



FIG. 36

US 8,365,313 B2

<table>
<tr><td>1</td><td>2</td></tr>
</table>

# REVERSIBLE SLEEVED GARMENT ACCESSORY

## CROSS-REFERENCE TO RELATED APPLICATIONS

This application claims priority of U.S. Provisional Application Ser. No. 61/281,474 filed Nov. 17, 2009 titled REVERSIBLE SLEEVED GARMENT ACCESSORY; U.S. Provisional Application Ser. No. 61/278,647, filed on Oct. 9, 2009, titled REVERSIBLE SLEEVED GARMENT ACCESSORY; and U.S. Provisional Application Ser. No. 61/206,706 filed Feb. 3, 2009 titled ATTACHABLE SLEEVES; which applications are all incorporated by reference in this application in their entirety.

## BACKGROUND OF THE INVENTION

1. Field of the Invention

This invention relates to a reversible sleeved garment, and in particular, to a reversible sleeved garment that may be worn to enhance sleeveless or strapless garments.

2. Related Art

Several attempts have been made to create sleeved undergarments for individuals to wear over conventional brassieres (or having integrated brassieres) for the purpose of concealing or covering a wearer's arms. The undergarments currently available are not, however, designed to create the appearance of being part of the garment with which they are worn. The garments currently on the market include unsightly seams that do not match the garment design with which they are worn or do not provide the correct type of coverage over one's chest. As such, the portion of the garment covering one's chest may be visible when worn with sleeveless or strapless garments. Further, no garments on the market currently allow for a wearer to reverse the garment to vary the style of the garment and vary the level of coverage across the chest area for the wearer.

Accordingly, a need exists for a garment accessory that can be worn under any type of sleeveless or strapless garment to create an appearance that the garment accessory is part of the overlying garment. A need further exists for a garment accessory that does not have visible seams and that can be worn with both low cut and high neckline garments without exposing the garment accessory through the front of the overlying garment. A need further exists for a garment accessory that enhances both the original garment, conceals the arms of the wearer, while at the same time expanding a woman's wardrobe. By concealing the arms of the wearer, arm flab, loose skin, tattoos and age spots may also be concealed to make the wearer's arm appear slimmer, firmer, and more youthful. Finally, a need further exists for a sleeved garment accessory that not only can be worn under any type of sleeveless or strapless garment to create the appearance that it is part of the overlying garment and that covers the wearer's arms, but that also provides support to the midriff section of the wearer to create a slimmer fit.

## SUMMARY

The invention provides a reversible garment accessory comprised at least partially of an elastic material permitting the garment to stretch. The reversible garment accessory includes a circular torso member having a first face section and a second face section and two opposing sleeve members extending therefrom. The first face section is designed to provide minimal coverage for a wearer and the second face section is designed to provide fuller coverage, such that the garment can be worn with either the first face section or the second face section facing forward over the chest of the wearer to conceal the garment accessory under an overlying garment, as desired, depending upon the neckline and cut of the overlying garment.

In one example of an implementation, the garment accessory further includes an elastic band member that encircles the torso. The elastic band member may be a one piece elastic member that is permanently affixed at opposing ends through stitching to create a unitary elastic band encircling the torso and that requires the garment to be pulled over or stepped into. Alternatively, the elastic band may include a closure device to be secured together by the user, such as a clip, clasp, hooks, or other fastening mechanism.

In another example of an implementation, the garment accessory may further include a midriff or bodice section that may be made of a material to shape the midriff or torso of the wearer.

Other devices, apparatus, systems, methods, features and advantages of the invention will be or will become apparent to one with skill in the art upon examination of the following figures and detailed description. It is intended that all such additional systems, methods, features and advantages be included within this description, be within the scope of the invention, and be protected by the accompanying claims.

## BRIEF DESCRIPTION OF THE FIGURES

The invention may be better understood by referring to the following figures. The components in the figures are not necessarily to scale, emphasis instead being placed upon illustrating the principles of the invention. In the figures, like reference numerals designate corresponding parts throughout the different views.

FIG. 1 is a front perspective view of one example of a reversible sleeved garment accessory of the invention illustrating the garment accessory with the low-cut side of the garment accessory in the front and the full coverage side in the back.

FIG. 2 is a rear perspective view of the reversible sleeved garment accessory of FIG. 1.

FIG. 3 is a top perspective view of the reversible sleeved garment accessory of FIG. 1 illustrating the arms of the garment extended horizontally outward.

FIG. 4 is a bottom perspective view of the reversible sleeved garment accessory of FIG. 1 illustrating the arms of the garment extended vertically upward.

FIG. 5 is a side perspective view of the reversible sleeved garment accessory of FIG. 1 illustrating the rearward arm of the garment extending horizontally outward from the front of the garment and the forward arm extending vertically upward.

FIG. 6 is a front view of the reversible sleeved garment accessory of FIG. 1 illustrating the garment accessory being worn with the low-cut side of the garment accessory worn in the front, the full coverage side worn in the back and the shoulder portion of the sleeves of the garment accessory worn on-the-shoulders.

FIG. 7 is a front view of the reversible sleeved garment accessory of FIG. 1 illustrating the garment accessory being worn with the low-cut side in the front and the full coverage side of the garment worn in the back and the shoulder portions of the sleeves worn off-the-shoulders.

FIG. 8 is a back view of the reversible sleeved garment accessory of FIG. 1 illustrating the garment accessory being worn with the low-cut side of the garment accessory worn in

US 8,365,313 B2

3

the front, the full coverage side worn in the back and the shoulder portions of the sleeves of the garment accessory worn on-the-shoulders.

FIG. 9 is a back view of the reversible sleeved garment accessory of FIG. 1 illustrating the garment accessory being worn with the full-coverage side in the front, the low-cut side of the garment worn in the back and the shoulder portions of the sleeves worn off-the-shoulders.

FIG. 10 is a front view of the reversible sleeved garment accessory of FIG. 1 illustrating the garment accessory being worn with the full-coverage side in the front, the low-cut side of the garment worn in the back and the shoulder portion of the sleeves worn on-the-shoulders.

FIG. 11 is a front view of the reversible sleeved garment accessory of FIG. 1 illustrating the garment accessory being worn with the full-coverage side in the front, the low-cut side of the garment worn in the back and the shoulder portion of the sleeves worn off-the-shoulders.

FIG. 12 is a back view of the reversible sleeved garment accessory of FIG. 1 illustrating the garment accessory being worn with the full-coverage side in the front, the low-cut side of the garment worn in the back and the shoulder portion of the sleeves worn on-the-shoulders.

FIG. 13 is a back view of the reversible sleeved garment of FIG. 1 illustrating the garment accessory being worn with the full-coverage side in the front, the low-cut side of the garment worn in the back and the shoulder portion of the sleeves worn off-the-shoulders.

FIG. 14 is a front view of one example of another embodiment of a reversible sleeved garment accessory illustrating the garment accessory being worn with the low-cut side of the garment accessory worn in the front, the full coverage side worn in the back and the shoulder portion of the sleeves of the garment accessory worn on-the-shoulders.

FIG. 15 is an enlarged view of the closure device illustrated in Section A of FIG. 14.

FIG. 16 is a back view of the reversible sleeved garment accessory of FIG. 14, illustrating the garment accessory being worn in reverse to that illustrated in FIG. 14, with the low-cut side of the garment accessory worn in the back and the full coverage side worn in the front.

FIG. 17 is a front view of yet another example of another implementation of a reversible sleeved garment accessory illustrating the garment accessory being worn with an alternative design low-cut side of the garment accessory worn in the front, the full coverage side worn in the back and the shoulder portion of the sleeves of the garment accessory worn on-the-shoulders.

FIG. 18 is a back view of still another example of an implementation of a reversible sleeved garment accessory, illustrating the garment accessory being worn with an alternative design and the full coverage side worn in the back of the garment.

FIG. 19 is a front perspective view of yet another example of a reversible sleeved garment accessory of the invention illustrating the garment accessory with the low-cut side of the garment accessory in the front and the full coverage side in the back.

FIG. 20 is a rear perspective view of the reversible sleeved garment accessory of FIG. 19 illustrating the garment accessory.

FIG. 21 is a top perspective view of the reversible sleeved garment accessory of FIG. 19 illustrating the arms of the garment extending horizontally outward.

FIG. 22 is a bottom perspective view of the reversible sleeved garment accessory of FIG. 19 illustrating the arms of the garment extending vertically upward.

4

FIG. 23 is a side perspective view of the reversible sleeved garment accessory of FIG. 19 illustrating the rearward arm of the garment extending horizontally outward from the front of the garment.

FIG. 24 is a side perspective view of the reversible sleeved garment accessory of FIG. 19 illustrating the rearward arm of the garment extending horizontally outward from the front of the garment and the forward arm extending vertically upward.

FIG. 25 is a front view of the reversible sleeved garment accessory of FIG. 19 illustrating the garment accessory being worn by a wearer with the low-cut side of the garment accessory worn in the front, the full coverage side worn in the back and the shoulder portion of the sleeves of the garment accessory worn on-the-shoulders.

FIG. 26 is a front view of the reversible sleeved garment accessory of FIG. 19 illustrating the garment accessory being worn with the low-cut side in the front and the full coverage side of the garment worn in the back and the shoulder portion of the sleeves worn off-the-shoulders.

FIG. 27 is a back view of the reversible sleeved garment accessory of FIG. 19 illustrating the garment accessory being worn with the low-cut side of the garment accessory worn in the front, the full coverage side worn in the back and the shoulder portion of the sleeves of the garment accessory worn on-the-shoulders.

FIG. 28 is a back view of the reversible sleeved garment accessory of FIG. 19 illustrating the garment accessory being worn with the low-cut side in the front, the full coverage side of the garment worn in the back and the shoulder portion of the sleeves worn off-the-shoulders.

FIG. 29 is a front view of the reversible sleeved garment accessory of FIG. 19 illustrating the garment accessory being worn with the full-coverage side in the front, the low-cut side of the garment worn in the back and the shoulder portion of the sleeves worn on-the-shoulders.

FIG. 30 is a back view of the reversible sleeved garment accessory of FIG. 19 illustrating the garment accessory being worn with the full-coverage side in the front, the low-cut side of the garment worn in the back and the shoulder portion of the sleeves worn on-the-shoulders.

FIG. 31 is a front view of one example of a reversible sleeved garment of the present invention worn underneath a sleeveless dress, illustrating the garment accessory being worn with the low-cut side of the garment accessory worn in the front, the full coverage side worn in the back and the shoulder portion of the sleeves of the garment accessory worn on-the-shoulders.

FIG. 32 is another front view of one example of a reversible sleeved garment of the present invention worn underneath a sleeveless dress, illustrating the garment accessory being worn with the low-cut side of the garment accessory worn in the front, the full coverage side worn in the back and the shoulder portion of the sleeves of the garment accessory worn off-the-shoulders.

FIG. 33 is a front view of one example of a reversible sleeved garment of the present invention worn underneath a sleeveless dress, illustrating the garment accessory being worn with the full coverage side of the garment accessory worn in the front, the low-cut side worn in the back and the shoulder portion of the sleeves of the garment accessory worn on-the-shoulders.

FIG. 34 is another front view of one example of a reversible sleeved garment of the present invention worn underneath a sleeveless dress, illustrating the garment accessory being worn with the full coverage side of the garment accessory

US 8,365,313 B2

5

worn in the front, the low-cut side worn in the back and the shoulder portion of the sleeves of the garment accessory worn off-the-shoulders.

FIG. 35 is a front view of one example of a reversible sleeved garment of the present invention worn underneath a strapless dress, illustrating the garment accessory being worn with the full coverage side of the garment accessory worn in the front, the low-cut side worn in the back and the shoulder portion of the sleeves of the garment accessory worn on-the-shoulders.

FIG. 36 is a top perspective view of yet another example of an implementation of a reversible sleeved garment accessory.

## DETAILED DESCRIPTION

As illustrated in the attached FIGS. 1-35, several examples of various implementations of a reversible garment accessory are provided. As illustrated, the reversible garment accessory of the invention is designed to be seamlessly worn with sleeveless or strapless tops, dresses or other garments for the purpose of varying the appearance of the original garment, while at the same time concealing a woman's arms without adding undue bulkiness on the torso of the wearer.

As illustrated in FIGS. 1-35, the garment accessory 100, 200, 300 and 400 of this invention is designed to be reversible and provide versatility to the wearer. Each garment accessory 100, 200, 300 and 400 has (i) a first face (or first side) 102, 202, 302, 402 that is designed to create an open, low-cut neckline (i.e., low-cut side) and (ii) a second face (or second side) 104, 204, 304, 404 that is designed to provide fuller coverage to the wear to conceal or partially conceal overt cleavage (i.e., full coverage side) by providing a higher neck-line than the low-cut side. Each garment accessory 100, 200, 300 and 400 also includes sleeves or arms 106, 206, 306, 406 that have shoulder portions 108, 208, 308 and 408 that may be designed to enable the shoulder portions to be rolled down to create an off-the shoulder look when worn by the wearer.

As illustrated in FIGS. 1-35, the garment accessory 100, 200, 300 and 400 and can be worn four different ways: (i) with the first face 102, 202, 302, 402 forward to create an open, low-cut neckline and having the shoulder portions 108, 208, 308 and 408 of the sleeves 106, 206, 306, 406 covering the shoulders; (ii) with the first face 102, 202, 302, 402 forward to create an open, low-cut neckline and having the shoulder portions 108, 208, 308 and 408 of the sleeves 106, 206, 306, 406 rolled down to create an off-the-shoulder look; (iii) with the second face 104, 204, 304, 404 forward and having the shoulder portions 108, 208, 308 and 408 of the sleeves 106, 206, 306, 406 covering the shoulders; or (iv) with the second face 104, 204, 304, 404 forward to provide fuller coverage and having the shoulder portions 108, 208, 308 and 408 of the sleeves 106, 206, 306, 406 rolled down to create an off-the shoulder look.

The garment accessory 100, 200, 300 and 400 may be made from a variety of materials and may be designed specifically to match a particular type of garment or garment line. For example, the garment accessory 100, 200, 300 and 400 may be made from a light-weight material, such as a thin, light wear, sheer or semi-sheer stretch material. By way of example, the material may be made at least partially from a spandex blend, which is sold under the trademark Lycra®, owned by DuPont, and may be constructed as either a four-way or two-way stretch material. The garment may further include other materials in addition to spandex, such as cotton, and may even be constructed partially or entirely of a non-stretch material. The expandability of the material of the garment accessory may further vary, and may be designed of

6

stretch such that one garment can be worn by women of varying sizes, such as XS, S, M, L, XL and XXL, or may be designed of more contrasting material to fit the wearer based upon standard children and women's clothing sizes, including plus sizes. The selected material may have the versatile potential to keep the wearer cool when it is made from an open weave or thin sheer fabric, yet have the potential to keep the wearer warm in colder weather, if it is made from a heavier weight fabric. The garment accessory 100, 200, 300 and 400 may further be constructed from fabrics having various designs, thicknesses and colors. For example, the garment accessory 100, 200, 300 and 400 may be constructed from a highly versatile solid or sheer black fabric, which may be capable of being paired with a large number of sleeveless and strapless garments. Further, the garment accessory 100, 200, 300 and 400 may further include various sleeve and cuff designs, may be made from a mesh or net material and may have plain elastic bands at the end of the sleeves, as well as other alternative design or aesthetic variations, to create an alternative looks.

The garment accessory 100, 200, 300 and 400 may be made in various sizes to fit snugly over the top portion of various sized women having various sized torsos and arms. In one example of an implementation, the garment accessory 100, 200, 300 and 400 is made entirely of a four-way stretch material, with added stretch trims and elastic encircling the torso under the bust, and optionally around the bottoms of the sleeves. When the garment accessory fits snugly, the garment accessory may have the ability to support the breasts due to the stretch fabric and cut of the design, and therefore, may be worn either with or without a bra, at the discretion of the wearer.

In particular, FIG. 1 is a front perspective view of one example of a reversible sleeved garment accessory 100 illustrating the garment accessory 100 with the low-cut side 102 of the garment accessory in the front and the full coverage side 104 in the back. As illustrated in FIG. 1, the reversible garment accessory 100 is constructed at least partially from an elastic material permitting the garment to stretch. The reversible garment accessory 100 includes a first face 102 and a second face 104 forming a circular upper torso member and further consisting of two opposing sleeves or sleeve members 106 extending therefrom. The first face 102 is designed to provide minimal coverage for a wearer and the second face 104 is designed to provide fuller coverage, such that the garment accessory 100 can be worn with either the first face 102 or the second face 104 facing forward over the chest of the wearer to conceal the garment accessory 100 under an overlying garment, as desired, depending upon the neckline cut of the overlying garment.

As further illustrated in FIG. 1, the garment accessory 100 further includes an elastic band member 110 designed to encircle the torso of the wearer just underneath the chest of the wearer. The elastic band member 110 may be a one piece elastic member that is permanently affixed at opposing ends through stitching to create a unitary elastic band 110 encircling the torso. As a unitary band 110, the wearer would be required to pull the garment over one's head or step into the garment.

To provide the appearance that the garment accessory 100 is part of an overlying garment 3100, 3500 (see FIGS. 31-35), when worn together, the garment accessory 100 is made so it has no shoulder seam along the shoulder portion 108 of the arms or along the upper side of the arms 106 themselves. The garment accessory 100 is all one piece from the neckline 112 to the opposing end of the sleeve 114 (which may extend to a wearer's wrist or be shorter depending upon sleeve length

US 8,365,313 B2

7

(e.g., the sleeve end portion may terminate mid-arm when designed to be a ¾ or shorter length sleeve)), and curving down under the bust 116 portion of the garment to the bottom of the bra-line and across the back 118 of the garment, creating the illusion of being part of the original dress, top or garment. As illustrated in FIGS. 4 and 5, all the seams 120 are made under the arms and along the undersides of the garment to substantially conceal the seams 120.

FIG. 2 is a rear perspective view of the reversible sleeved garment accessory 100 of FIG. 1. As explained above, the garment accessory 100 is cut differently on one side (i.e., the front face 102) than on the other side (i.e., the back face 104) to create two different wearing options. In this manner, the garment accessory 100 may be worn frontward or backward for two different looks, each with two different levels of coverage. As shown in FIG. 1, one side or the front face 102 it is cut very low and is open down to the bottom of the bust where the elastic 110 encircles the torso, leaving the center of the bust, chest and neckline open, yet still has the stretchy material sewn from the bottom of the elastic on each side covering the arms, underarms, shoulder and sides of the chest and torso. The other side, or the second face 104, has the same stretchy fabric, yet cut higher to cover either a portion of the wearer's back if worn in the back, or if worn in the front, to cover the woman's cleavage, spanning across the top of the torso from sleeve to sleeve.

FIG. 3 is a top perspective view of the reversible sleeved garment accessory 100 of FIG. 1 illustrating the arms 106 of the garment extended horizontally outward. FIG. 3 illustrates the garment accessory 100 having no shoulder seam along the shoulder portion 108 of the arms or along the upper side of the arms 106 themselves. FIG. 3 further highlights that the garment accessory 100 is constructed from one piece from the neckline 112 to the opposing end of the sleeve 114, curving down and forming the first face and across the back forming the second face 104.

As illustrated in FIG. 3, the first face 102 and a second face 104 are formed from a single cut of fabric to avoid seams along the shoulder and upper arm portions. Further, in the illustrated example, the first face 102, or low-cut side 102 is formed from the joining of two corresponding halves 132 and 134. To construct the garment accessory, the sleeves 106 and sides of the garment accessory 100 are then formed to by joining the sleeve 106 portion of the fabric by a seam 120 located on the underside of the sleeves that extends to along the sides (see FIGS. 4 and 5). The first face 102 and second face 104 are then designed to encircle the torso by attachment to the elastic band 110, which may or may not include a closure device 240 (see FIG. 15). Alternatively, the first face 102 and a second face 104 may be formed from two reverse cuts of fabric, in which case, both the first face 102 and second face 104 may include opposing halves, similar to the halves 132 and 134, which may be joined together at the elastic band 110. In this case, the halves may be joined to cross-over, as illustrated in connection with FIGS. 17 and 18 below. Further, the neckline 136 created by the first face 102 and second face 104 may further include elastic trim. Similarly, elastic trim may be placed at the ends 114 of the sleeves 106.

FIG. 4 is a bottom perspective view of the reversible sleeved garment accessory 100 of FIG. 1 illustrating the arms 106 of the garment extended vertically upward. FIG. 4 best illustrates that all the seams 120 are made under the arms 106 and along the side of garment accessory 100 to substantially conceal the seams 120 when worn.

FIG. 5 is a side perspective view of the reversible sleeved garment accessory 100 of FIG. 1 illustrating the rearward arm 106 of the garment accessory 100 extending horizontally

8

outward from the front of the garment accessory 100 and the forward arm 106 extending vertically upward. Like FIG. 4, FIG. 5 illustrates the seams 120 on the garment accessory 100 positioned on the underside of the arms 106 and sides of the garment accessory 120 to conceal the seams when worn and create the appearance that the garment accessory 120 is part of the garment with which it is worn.

FIG. 6 is a front view of the reversible sleeved garment accessory 100 of FIG. 1 illustrating the garment accessory 100 being worn by a wearer 600 with the low-cut side 102 of the garment accessory 100 worn in the front, and with the full coverage side 104 worn in the back and the shoulder portions 108 of the sleeves 106 of the garment accessory 100 worn on-the-shoulders of the wearer 600. As illustrated in FIG. 6, the lower-cut side or first face 102 of the garment accessory 100, when worn in the front, may be designed to fully or partially expose a woman's cleavage, which may allow the garment accessory 100 to be concealed from the front even when worn with low-cut overlying garments. If worn in back, the low-cut side may be still be concealed when worn with low or partially open-backed dresses.

FIG. 7 is a front view of the reversible sleeved garment accessory of FIG. 1 illustrating the garment accessory 100 being worn with the low-cut side 102 in the front and the full-coverage side 104 of the garment accessory 100 worn in the back and the shoulder portions 108 of the sleeves 106 folded or rolled down to create an off-the-shoulders look. In particular, when the garment accessory 100 may be made of a stretch or semi-stretch material, with no seam separating the sleeve 106 from the shoulder portions 108 of the garment accessory 100, the garment accessory 100 may be rolled or folded down and off the shoulders of the wearer 600, creating another style when worn off the shoulder either frontward or backward.

FIG. 8 is a back view of the reversible sleeved garment accessory of FIG. 1 illustrating the garment accessory 100 being worn by a wearer 600 with the low-cut side 102 of the garment accessory 100 worn in the front, the full coverage side 104 worn in the back and the shoulder portions 108 of the sleeves 106 of the garment accessory 100 worn on-the-shoulders.

FIG. 9 is a back view of the reversible sleeved garment accessory 100 of FIG. 1 illustrating the garment accessory 100 being worn with the full-coverage side 104 in the back, the low-cut side 102 of the garment accessory 100 worn in the front and the shoulder portions of the sleeves 108 worn off-the-shoulders. In particular, FIG. 9 shows the back view of the wearer 600 of FIG. 7 and further illustrates that when the garment accessory 100 may be made of a stretch or semi-stretch material, with no seam separating the sleeve 106 from the shoulder portions 108 of the garment accessory 100, the garment accessory 100 may be rolled or folded down and off the shoulders of the wearer 600, creating another style when worn off the shoulder either frontward or backward.

FIG. 10 is a front view of the reversible sleeved garment accessory of FIG. 1 illustrating the garment accessory 100 being worn by a wearer 600 with the full-coverage side 104 in the front, the low-cut side 102 of the garment accessory 104 worn in the back and shoulder portion 108 of the arms 106 worn on-the-shoulders. As illustrated, the fuller coverage side 104 of the garment accessory 100 may be designed to fully cover a woman's cleavage (when the fuller coverage side is worn in the front), yet provide a low neckline that may be concealed, as desired when worn with an overlying garment.

FIG. 11 is a front view of the reversible sleeved garment accessory 100 of FIG. 1 illustrating the garment accessory 100 being worn by a wearer 600 with the full-coverage side

US 8,365,313 B2

9

104 in the front, the low-cut side 102 of the garment worn in the back and the shoulder portions 108 of the arms or sleeves 106 worn folded down and off-the-shoulders. FIG. 11, like FIG. 7, further demonstrates the versatility of the garment accessory 100 by showing that the shoulder portions 108 of the arms or sleeves 106 can be folded down when the garment accessory 100 is worn with the full-coverage side 104 in the front, in the same manner as when the low-cut side 102 is worn in the front (see FIG. 7), to create an additional look.

FIG. 12 is a back view of the reversible sleeved garment accessory 100 illustrating the garment accessory 100 being worn by a wearer 600 with the full-coverage side 104 in the front, the low-cut side 102 of the garment accessory 102 worn in the back. Further, in this illustration, the shoulder portions 108 of the sleeves or arms 106 are worn on-the-shoulders. Similarly, FIG. 13 is a back view of the reversible sleeved garment accessory 100 illustrating the garment accessory 100 being worn by a wearer 600 with the full-coverage side 104 in the front, the low-cut side 102 of the garment accessory 100 worn in the back. To create another look, the shoulder portions 106 of the sleeves 108 are folded down and worn off-the-shoulders.

FIGS. 6-13 highlight one example design of the garment accessory 100, as well as the four various ways in which the garment accessory 100 may be worn underneath a garment 25 100. In particular, FIGS. 6 & 8 illustrate the reversible sleeved garment accessory 100 being worn with the low-cut side 102 of the garment accessory in the front, the full/fuller coverage side 104 worn in the back and the sleeves of the garment accessory worn on-the-shoulders. FIGS. 7 & 9 illustrate the reversible sleeved garment accessory 100 being worn with the low-cut side 102 of the garment accessory in the front, the full/fuller coverage side 104 worn in the back, but with the shoulder portions 108 of the sleeves 106 of the garment accessory 100 worn off-the-shoulders. FIGS. 10-13 then illustrate the garment accessory 100 worn in reverse that shown in FIGS. 6-9, with the shoulder portions 106 of the sleeves 106 both up (FIGS. 10 & 12) and rolled down (FIGS. 11 & 13).

FIG. 14 is a front view of one example of another embodiment of a reversible sleeved garment accessory 200 illustrating the garment accessory 200 being worn by a wearer 600 with the low-cut side 202 of the garment accessory 200 worn in the front and the full coverage side 204 (not shown) worn in the back. Alternatively to the elastic band 210 being permanently affixed together to encircle the body of the wearer 600, as illustrated in FIGS. 1-13, the elastic band 210 of the garment accessory 200 may be removably secured together utilizing a clip, clasp, hooks, or other closure or fastening mechanism know by those skilled in the art. In the example shown in FIG. 14, the garment accessory 200 is designed to have clasp 240 attached to the elastic band 210 that encircles the wearer's torso just under the bust of the wearer on the low-cut side 202 of the garment accessory 200. In this manner, by utilizing a clasp 240 to removeably fasten the elastic band 210, the garment accessory 200 may open and close for the wearer 600 to slip more easily on and off. As with the garment accessory 200 itself, the clasp 240 is made to be flat and secured just under the cleavage of the wearer 600 when the low-cut side is worn in the front such that the clasp 240 lies flat under the woman's garment to give a smooth look that appears to be part of the overlying outfit.

FIG. 15 is an enlarged view of the clasp 240 illustrated in Section A of FIG. 14 showing the clasp 240 in the open position. As illustrated, the clasp 240 is a closure device having mating cooperative portions 242 and 244 commonly known in the art. One end of the elastic band 210 is affixed to one mating portion 242, while the other end of the mating

10

portion 244 is affixed to the opposing end of the elastic band 210. The front face 202 is separated in two halves at or near the closure device 240, with one half of the front face 202 extending from one side of the elastic band 210 and the other half of the front face 202 extending from the other side of the elastic band 210 opposite the closure device 240.

FIG. 16 is a back view of the reversible sleeved garment accessory 200 of FIG. 14, illustrating the garment accessory 200 being worn in reverse to that illustrated in FIG. 14, with the low-cut side of the garment accessory worn in the back. In this implementation, the low-cut side 202 is separated with a closure device 240, such as a hook or clasp, that permits the wearer to open and close the garment accessory 200 for ease in dressing and undressing when wearing the garment accessory 200.

FIG. 17 is a front view of yet another example of another implementation of a reversible sleeved garment accessory 300 illustrating the garment accessory 300 being worn with the low-cut side 302 of the garment accessory 300 worn in the front. In this example, the garment accessory 300 has a cross-over feature on at least one side of the garment accessory where the material spans from the shoulder portion 308 and across the bust or back, forming a v-neckline that can be as open or closed as the wearer determines by leaving it as is, or by discreetly pinning it more closed. As illustrated, when the cross-over feature is provided on the low-cut side 302, each half 320 and 322 overlap one another near the elastic band 310 creating a triangular overlay section 324, having double thickness material.

The same cross-over feature can be provided on the fuller coverage side 304 of the garment accessory 300. As illustrated in FIG. 18, the full coverage side 304, which in this illustration is shown worn on the back of the wearer, may further include each half 326 and 328 of the full coverage side 304 overlap one another near the elastic band 310 creating a triangular overlay section 330, having double thickness material. While the cross-over feature can be designed to be on either or both the low-cut 302 or full-coverage 304 side of the garment accessory 300, the cross-over feature may only be utilized on one side 302, 304 of the garment accessory 300. For example, when the cross-over feature is on the low-cut side 302 of the garment accessory 300, the fuller coverage side 304 may be designed to have a neckline similar to the full coverage side 104 in FIG. 2. Similarly, when the cross-over feature is on the full coverage side 304, the low-cut side 302 may be similar in design to the low-cut side 102 illustrated in FIG. 1 and may include an elastic band with or without a closure device 240 (FIG. 15).

FIG. 19 is a front perspective view of yet another example of a reversible sleeved garment accessory 400 of the present invention illustrating the garment accessory 400 with the low-cut side of the garment accessory in the front and the full coverage side in the back. The garment accessory 400 is similar in construction to that illustrated in FIG. 1, yet includes a bodice or torso section 440 extending below the elastic band 410 of the garment accessory and, in some designs, the bodice section 440 replaces the elastic band 410 in its entirety. The bodice section 440 terminates at hem 442, which may extend to the waist or below the waist of the wearer.

Similar to the design in FIG. 1, the garment accessory 400 includes a low-cut side 402 and a full coverage side 404, is reversible and can be worn both with the shoulder portions 408 up or rolled down. The reversible garment accessory 400 further includes two opposing sleeve members 406. The first face 402 is designed to provide minimal coverage for a wearer and the second face 404 is designed to provide fuller cover-

US 8,365,313 B2

11

age, such that the garment accessory **400** can be worn with either the first face **402** or the second face **404** facing forward over the chest of the wearer to conceal the garment accessory **400** under an overlying garment, as desired, depending upon the neckline cut of the overlying garment.

In this implementation, the garment accessory **400** may further includes an elastic band member **410** designed to encircle the torso of the wearer just underneath the chest of the wearer. The elastic band member **110** may be a one piece elastic member that is permanently affixed at opposing ends through stitching to create a unitary elastic band **110** encircling the torso. As a unitary band **110**, in the illustrated implementation, the wearer would be required to pull the garment over one's head or to step into the garment.

In addition to, or in lieu of, the elastic band member **410** is a form fitting bodice section **440** that may provide shape or support to that of the wearer. The bodice section **440** may be made out of a strong material, such as a blend of nylon and spandex, that are designed to contour the wearer's body to the design of bodice section **440**, creating a slimmer body shape. Like the upper portion of the garment accessory, the bodice section **440** is designed to be undetectable under clothing and is designed to have a utilitarian style, similar to the top or upper portion of the garment accessory.

To provide the appearance that the garment accessory **400** is part of an overlying garment, when worn together, the garment accessory **400** has no shoulder seam along the shoulder portion **408** of the arms or along the upper side of the arms **406** themselves. The garment accessory **400** is all one piece from the neckline **412** to the opposing end of the sleeve **414** (which may extend to a wearer's wrist or be shorter depending upon sleeve length (e.g., the sleeve end portion may terminate mid-arm when designed to be a ¾ or shorter length sleeve)), and curving down under the bust **416** portion of the garment to the bottom of the bra-line and across the back **418** of the garment, creating the illusion of being part of the original dress, top or garment. As illustrated in FIGS. **22-24**, all the seams **420** are made under the arm to substantially conceal the seams.

FIG. **20** shows a rear perspective view of the reversible sleeved garment accessory **400** of FIG. **19**. This view illustrates the full-coverage side **404**. As explained above, the garment accessory **400** is cut differently on one side (i.e., the front face **402**) than on the other side (i.e., the back side **404**) to create two different wearing options. In this manner, the garment accessory **400** may be worn frontward or backward for two different looks, each with two different levels of coverage. As shown in FIG. **19**, one side of the front face **402** is cut very low and is open down to the bottom of the bust where the elastic **410** and/or bodice section **440** encircles the torso, leaving the center of the bust, chest and neckline open, yet still has the stretchy material sewn from the bottom of the elastic on each side covering the arms, underarms, shoulder and sides of the chest and torso. The second face **404**, as shown in FIG. **20**, is made of the same fabric as the first face **402**, yet cut higher to cover either a portion of the wearer's back if worn in the back, or if worn in the front, to cover the woman's cleavage, spanning across the top of the torso from sleeve to sleeve.

FIGS. **21-24** illustrate the garment accessory **400** having no shoulder seam along the shoulder portion **408** of the sleeves along the upper side of the sleeves or arms **406**. All of the seams **420** and **424** on the garment are located under the sleeves **406** or along the sides of the garment accessory **400**. When the garment accessory **400** includes a bodice portion **440**, the seams **424** of the bodice portion **440** may run along

12

one or more sides of the bodice portion **440** in a manner corresponding to the garment accessory seams **420**.

FIG. **25** is a front view of the reversible sleeved garment accessory **400** illustrating the garment accessory **400** being worn by a wearer **600** with the low-cut side **402** of the garment accessory **400** worn in the front, and with the full coverage side **404** (not shown) worn in the back and the shoulder portions **408** of the sleeves **406** of the garment accessory **400** worn on-the-shoulders of the wearer **600**. As illustrated in FIG. **25**, the lower-cut side or first face **402** of the garment accessory **400**, when worn in the front, may be designed to fully or partially expose a woman's cleavage, which may allow the garment accessory **400** to be concealed from the front even when worn with low-cut overlying garments. If worn in the back, the low-cut side **402** may be still be concealed when worn with low or partially open-backed dresses.

FIG. **26** is a front view of the reversible sleeved garment accessory **400** illustrating the garment accessory **400** being worn by a wearer **600** with the low-cut side **402** in the front and the full-coverage side **404** (not shown) of the garment accessory **400** worn in the back and the shoulder portions **408** of the sleeves **406** folded or rolled down to create an off-the-shoulders look. In particular, when the garment accessory **400** may be made of a stretch or semi-stretch material, with no seam separating the sleeve **406** from the shoulder portions **408** of the garment accessory **400**, the garment accessory **400** may be rolled or folded down and off the shoulders of the wearer **600**, creating another style when worn off the shoulder either frontward or backward.

FIG. **27** is a back view of the reversible sleeved garment accessory **400** illustrating the garment accessory **400** being worn by a wearer **600** with the low-cut side **402** (not shown) of the garment accessory **400** worn in the front, the full coverage side **404** worn in the back and the shoulder portions **408** of the sleeves **406** of the garment accessory **400** worn on-the-shoulders. Similarly, FIG. **28** is a back view of the reversible sleeved garment accessory **400** illustrating the garment accessory **400** being worn with the full-coverage side **404** in the back, the low-cut side **402** of the garment accessory **400** worn in the front and the shoulder portions of the sleeves **408** worn off-the-shoulders.

FIG. **29** is a front view of the reversible sleeved garment accessory **400** illustrating the garment accessory **400** being worn by a wearer **600** with the full-coverage side **404** in the front and shoulder portion **408** of the arms **406** worn on-the-shoulders. As illustrated, the fuller coverage side **404** of the garment accessory **400** may be designed to fully cover a woman's cleavage (when the fuller coverage side is worn in the front), yet provide a low neckline that may be concealed, as desired when worn with an overlying garment.

FIG. **30** is a back view of the reversible sleeved garment accessory **400** illustrating the garment accessory **400** being worn by a wearer **600** with the full-coverage side **404** (not shown) in the front, the low-cut side **402** of the garment accessory **400** worn in the back. While in this illustration, the shoulder portions **408** of the sleeves or arms **406** are worn on-the-shoulders, it recognized that, to create another look, the shoulder portions **406** of the sleeves **408** may be folded down and worn off-the-shoulders.

Like with FIGS. **6-13**, FIGS. **25-30** highlight the four various ways in which the garment accessory **400** may be worn underneath a garment. In particular, FIGS. **25 & 27** illustrate the reversible sleeved garment accessory **400** being worn with the low-cut side **402** of the garment accessory **400** in the front, the full/fuller coverage side **404** worn in the back and the sleeves of the garment accessory **400** worn on-the-shoulders. FIGS. **26 & 28** illustrate the reversible sleeved garment acces-

US 8,365,313 B2

13

sory 400 being worn with the low-cut side 402 of the garment accessory in the front, the full/fuller coverage side 404 worn in the back, but with the shoulder portions 408 of the sleeves 406 of the garment accessory 400 worn off-the-shoulders. FIGS. 29-30 then illustrate the garment accessory 400 worn in reverse. While FIGS. 29-20 only illustrate the shoulder portions 408 of the sleeves 406 up, it is recognized that the shoulder portions 408 of the sleeves 406 may also be folded downward when the full coverage face 404 is worn forward, similar to shown in FIGS. 11 & 13 above.

FIGS. 31-35 all illustrate examples of the garment accessory 100, 200, 300 and 400 worn with a garment. In particular, FIG. 31 illustrates one example of a reversible sleeved garment accessory 100 worn underneath a sleeveless dress 3100. In this illustration, the garment accessory 100 is worn with the low-cut side of the garment accessory 100 in the front and the shoulder portions 108 of the sleeves 106 worn on the shoulders of the wearer. In this example, the low-cut side 102 (not shown) of the garment accessory 100 is entirely covered by the garment 3100.

FIG. 33 is another front view of one example of a reversible sleeved garment accessory 100 being worn with the full coverage side 104 of the garment accessory 100 worn in the front, the low-cut side 102 (not shown) worn in the back and the shoulder portions 108 of the sleeves 106 of the garment accessory 100 worn on-the-shoulders. In this example, it is illustrated that the full coverage side 104, when worn in the front, may be seen from underneath the garment 3100. FIG. 34 is another front view of one example of a reversible sleeved garment 100 worn underneath a sleeveless dress 3100. This example illustrates the garment accessory 100 of FIG. 33 worn under the dress 3100, but having the shoulder portions 108 of the sleeves 106 rolled down to create another look.

FIG. 35 is a front view of one example of a reversible sleeved garment 100 of the invention worn underneath a strapless dress 3500. In this example, the reversible sleeved garment accessory 100 is worn with the full coverage side 104 of the garment accessory 100 worn in the front, the low-cut side 102 (not shown) worn in the back and the shoulder portions 108 of sleeves 106 of the garment accessory 100 worn on-the-shoulders. In this example, it is illustrated that the full coverage side 104, when worn in the front, may be seen from underneath the garment 3500.

FIG. 36 is a top perspective view of yet another example of an implementation of a reversible sleeved garment accessory 700 illustrating that the arms 706 may be formed having decorative elements 760 that extend along the upper side of the arms 706 themselves from the neckline 712 to the opposing end of the sleeves 714. Such decorative elements 760 may be incorporated to accent the garment accessory 760 without creating the appearance that the garment accessory 700 is a separate piece from the garment with which it is worn.

As illustrated in FIG. 3, the first face 102 and a second face 104 are formed from a single cut of fabric to avoid seams along the shoulder and upper arm portions. Further, in the illustrated example, the first face 102, or low-cut side 102 is formed from the joining of two corresponding halves 132 and 134. To construct the garment accessory, the sleeves 106 and sides of the garment accessory 100 are then formed to by joining the sleeve 106 portion of the fabric by a seam 120 located on the underside of the sleeves that extends to along the sides (see FIGS. 4 and 5). The first face 102 and second face 104 are then designed to encircle the torso by attachment to the elastic band 110, which may or may not include a closure device 240 (see FIG. 15). Alternatively, the first face 102 and a second face 104 may be formed from two reverse cuts of fabric, in which case, both the first face 102 and second

14

face 104 may include opposing halves, similar to the halves 132 and 134, which may be joined together at the elastic band 110. In this case, the halves may be joined to cross-over, as illustrated in connection with FIGS. 17 and 18 below. Further, the neckline 136 created by the first face 102 and second face 104 may further include elastic trim. Similarly, elastic trim may be placed at the ends 114 of the sleeves 106.

In the examples provided above, two examples of a full coverage face 104, 203, 304, 404 are illustrated; however, those skilled in the art will recognize that other styles of fuller coverage faces made be designed of varying necklines and levels of cleavage exposure. For example, the necklines may be designed to be rounder or squarer than those in the provided illustrations. In one example, the fuller coverage side is formed from a unitary piece of material having a swooping neckline, while in an alternatively illustrated designs, the fuller coverage side is constructed of two opposing pieces of fabric crossing one another at the middle. Other variation on the neck-line may be employed in the full coverage side 104, 204, 304, 404 of the garment accessory 100, 200, 300 and 400 without departing from the invention.

Similarly, two examples of a low-cut face 102, 202, 302, 402 are illustrated; however, those skilled in the art will recognize that other styles of low-cut faces may be designed of varying necklines and levels of cleavage coverage. In one example, the low-cut side is formed from two opposing pieces or halves that are separated from one another at the middle to fully expose a woman's cleavage when worn with the low-cut side on the front. In alternative designs, the separation between the two opposing pieces may be very small, may meet, or even slightly overlap to provide a small amount of coverage over a woman's cleavage when worn with the low-cut side on the front. Again, other variation on the neck-line may be employed in the low-cut side 102, 202, 302, 402 of the garment accessory 100, 200, 300 and 400 without departing from the invention (e.g., the necklines may be designed to be rounder or squarer than those in the provided illustrations).

The foregoing description has been presented for purposes of illustration and description. It is not exhaustive and does not limit the claimed inventions to the precise form disclosed. Modifications and variations are possible in light of the above description or may be acquired from practicing the invention. The claims and their equivalents define the scope of the invention.

I claim:

1. A reversible sleeved garment accessory to be worn under a garment by a wearer, the garment accessory comprising:

a circular torso member having a first face section and a second face section and two opposing sleeve members extending from the circular torso member, where the circular torso member and the two opposing sleeve members are made of four-way stretch material such that the garment is designed to be form fitting and reversible for the wearer and where the two opposing sleeve members are not separated from the circular torso member by a seam;

where the first face section provides minimal coverage and the second face section providing fuller coverage such that the garment is designed to be worn either with the first face section or the second face section over the chest of the wearer as needed and is designed to conceal the garment accessory under an overlying garment depending upon the neckline cut of the overlying garment, and where the minimal coverage of the first face section and fuller coverage of the second face section are both designed to provide sufficient coverage to cover the

US 8,365,313 B2

15

nipples on the chest of the wearer when the respective face section is worn over the breast of the wearer.

**2**. The garment accessory of claim **1** where the circular torso member is made of a thin, light wear, sheer stretch material.

**3**. The garment accessory of claim **1** where the circular torso member is made at least partially from spandex.

**4**. The garment accessory of claim **1** further including an elastic member that encircles the garment.

**5**. The garment accessory of claim **4**, where the elastic member is secured with a closure device.

**6**. The garment accessory of claim **1** further including a bodice portion extending from the circular torso member to cover the midriff of a wearer.

**7**. The garment accessory of claim **6** where the bodice portion is constructed of a form fitting material.

**8**. The garment accessory of claim **7**, where the form fitting material is a nylon and spandex blend.

**9**. The garment accessory of claim **8** where the two opposing sleeve members are each joined together from the neckline to the end of the sleeved members via a decorative element.

**10**. A reversible sleeved garment accessory designed to be worn under a garment by a wearer, the garment accessory comprising:

a circular torso member having a first face section and a second face section and two opposing sleeve members extending from the circular torso member and two opposing sleeve members are made of four-way stretch material such that the garment is designed to be form fitting and reversible for the wearer and having no seam separating the two opposing sleeve members from the circular torso member;

16

the first face section having two opposing halves creating a V-neckline on the first face section of the garment, whereby the first face section is designed to provide minimal coverage to a wearer when the first face section is worn over the breast of the wearer;

the second face section designed to have a swooping neckline on the second face section of the garment, whereby the second face section is designed to provide fuller coverage to a wearer when the second face section is worn over the breast of the wearer and where the garment is designed such that both the first and the second face sections can be worn over the breast of the wearer;

an elastic band affixed to the circular torso member, the elastic band having a closure section positioned along the elastic band between the two opposing halves of the first face section.

**11**. A reversible sleeved garment accessory to be worn under a garment by a wearer, the garment accessory comprising:

a circular torso member having a first face section and a second face section and two opposing sleeve members extending from the circular torso member,

where the first face section provides minimal coverage and the second face section providing fuller coverage such that the garment is designed to be worn either with the first face section or the second face section over the chest of the wearer as needed and is designed to conceal the garment accessory under an overlying garment depending upon the neckline cut of the overlying garment, and where the minimal coverage of the first face section and fuller coverage of the second face section are both designed to provide sufficient coverage to cover the nipples on the chest of the wearer when the respective face section is worn over the breast of the wearer.

\* \* \* \* \*

# Exhibit B





# Exhibit C





# Exhibit D

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kaym Tejle Clayott*

Acting United States Register of Copyrights and Director



DOCKETED
11-28-2017
DSG
AVYNO LAW

**Registration Number**

## VA 2-075-388

**Effective Date of Registration:**
November 13, 2017

---

## Title
_____

Title of Work: Original Hangtag Art

## Completion/Publication
_____

Year of Completion: 2011
Date of 1st Publication: December 15, 2011
Nation of 1st Publication: United States

## Author
_____

- Author: R and A Synergy, LLC
  Author Created: 2-D artwork
  Work made for hire: Yes
  Citizen of: United States

## Copyright Claimant
_____

Copyright Claimant: R and A Synergy, LLC
1411 Maple Hill Rd., Diamond Bar, CA, 91765, United States

## Rights and Permissions
_____

Organization Name: Avyno Law P.C.
Name: Jennifer H. Hamilton
Email: patents@avynolaw.com
Telephone: (818)654-8841
Alt. Telephone: (818)654-8844
Address: 6345 Balboa Blvd., Bldg. I, Suite 208
Encino, CA 91316 United States

## Certification
_____

Name: Jennifer H. Hamilton
Date: November 13, 2017
Applicant's Tracking Number: RGB17001USCPY

Page 1 of 2

# Exhibit E



**Sleevey Wonders** added 6 new photos — with **Jenn Greenblat and 3 others.**
Posted by Ruthann Greenblat
October 19 · ⊙

Totally expand your wardrobe with Sleevey Wonders, the ORIGINAL slip-on sleeves! Gives the illusion of being part of your sleeveless or strapless top or dress - yet you can mix and match - creating new looks every day! Made in the USA with LOVE! Find a boutique near you... See More





**Sleevey Wonders** added 4 new photos — with **Jenn Greenblat and 3 others.**
Posted by Ruthann Greenblat
March 15 · ⊙

Add chic sleeves to anything sleeveless with Sleevey Wonders slip-on sleeves! Always gives the illusion of being part of your top or dress - yet you are able to have mix and match versatility! Made in the USA with love. Find a boutique near you on our store locator: www.sleeveywo... See More



Posted by Ruthann Greenblat
November 15, 2016 · ⊙

Take your sleeveless clothes into fall and winter, with Sleevey Wonders slip-under sleeves! Beautiful arm coverage that gives the illusion of being part of your outfit! Find a boutique near you on our store locator! Made in the USA, with love! www.sleeveywonders.com. htt... See More



**Sleevey Wonders** added 3 new photos — with **Ashley Gannon and 4 others.**
Posted by Ruthann Greenblat
February 11 · ⊙

Who doesn't love options? Makeover your sleeveless clothes with Sleevey Wonders reversible slip-on sleeves! Made in America, with love! Find a boutique near you on our store locator:
www.sleeveywonders.com  https://instagram.com/_u/sleevey_wonders





Posted by Ruthann Greenblat
July 2, 2016 · 🌐

Love sleeveless clothes, but don't like baring your arms? Sleevey Wonders reversible sleeves solves that problem in style! Create new outfits, while beautifying your arms! Most versatile fashion accessory, ever! Ask for us in a boutique near you, or find us online at www.sleeveywonders.com. Made in America, with love! https://instagram.com/_u/sleevey_wonders





Posted by Ruthann Greenblat
April 21, 2016 · 🌐

Same sleeveless tank top turns into chic and unique looks with Sleevey Wonders reversible slip-on sleeves! Ask for us in a boutique near you, or find us online atwww.sleeveywonders.com. Made in the USA, with love!



Exhibit F



Bandeau 1/2 Sleeve Black Jersey
Sleevey Wonders

$51.00



Bandeau 1/2 Sleeve Black Jersey
Sleevey Wonders - Plus Size

$53.00



Bandeau 1/2 Sleeve Black Lace Sleevey
Wonders

$51.00



Bandeau 1/2 Sleeve Black Lace Sleevey
Wonders - Plus Size

$53.00



Bandeau 1/2 Sleeve Ivory Lace Sleevey
Wonders

$51.00



Bandeau 1/2 Sleeve Ivory Lace Sleevey
Wonders - Plus Size

$53.00



Bandeau 1/2 Sleeve Navy Jersey
Sleevey Wonders

$51.00



Bandeau 1/2 Sleeve Navy Jersey
Sleevey Wonders - Plus Size

$53.00



Bandeau 1/2 Sleeve Off-White Jersey
Sleevey Wonders

$51.00



Bandeau 1/2 Sleeve Off-White Jersey
Sleevey Wonders-Plus Size

$53.00



Bandeau 1/2 Sleeve Pink Jersey
Sleevey Wonders

$51.00



Bandeau 1/2 Sleeve Pink Jersey
Sleevey Wonders - Plus Size

$53.00



Bandeau 1/2 Sleeve White Jersey
Sleevey Wonders

$51.00



Bandeau 1/2 Sleeve White Jersey
Sleevey Wonders - Plus Size

$53.00



Bandeau 1/2 Sleeve White Lace Sleevey
Wonders

$51.00



Bandeau 1/2 Sleeve White Lace Sleevey
Wonders - Plus Size

$53.00



Bandeau Long Sleeve Black Jersey
Sleevey Wonders

$51.00



Bandeau Long Sleeve Black Jersey
Sleevey Wonders - Plus Size

$53.00



Basic 1/2 Length Coral Jersey Sleevey
Wonders - Plus Size

$46.00



Basic 1/2 Length Mint Jersey Sleevey
Wonders - Plus Size

$46.00



Basic 1/2 Length Off-White Jersey
Sleevey Wonders - Plus Size

$44.00



Basic 1/2 Length White Jersey Sleevey
Wonders - Plus Size

$46.00



Basic 1/2 Sleeve Black Jersey Sleevey
Wonders

$44.00



Basic 1/2 Sleeve Black Lace Sleevey
Wonders

$44.00



Basic 1/2 Sleeve Black Lace Sleevey
Wonders - Plus Size

$46.00



Basic 1/2 Sleeve Coral Jersey Sleevey
Wonders

$44.00



Basic 1/2 Sleeve Mint Jersey Sleevey
Wonders

$44.00



Basic 1/2 Sleeve Off-White Jersey
Sleevey Wonders

$44.00



Basic 1/2 Sleeve White Jersey Sleevey
Wonders

$44.00



Basic 1/2 Sleeve White Lace Sleevey
Wonders

$44.00



Basic 1/2 Sleeve White Lace Sleevey
Wonders - Plus Size

$46.00



Basic 3/4 Length Apple Green Mesh
Sleevey Wonders

$49.00



Basic 3/4 Length Apple Green Mesh
Sleevey Wonders - Plus Size

$51.00



Basic 3/4 Length Black Lace Sleevey
Wonders

$49.00

★★★★★ 9
Reviews



Basic 3/4 Length Black Lace Sleevey
Wonders - Plus Size

$51.00

★★★★★ 2
Reviews



Basic 3/4 Length Black Mesh Sleevey
Wonders

$49.00

★★★★★ 4
Reviews



Basic 3/4 Length Gray Mesh Sleevey
Wonders

$49.00



Basic 3/4 Length Gray Mesh Sleevey
Wonders - Plus Size

$51.00



Basic 3/4 Length Ivory Lace Sleevey
Wonders

$49.00



Basic 3/4 Length Ivory Lace Sleevey
Wonders - Plus Size

$51.00



Basic 3/4 Length Ivory Mesh Sleevey
Wonders

$49.00

Basic 3/4 Length Ivory Mesh Sleevey
Wonders - Plus Size

$51.00

★★★★★  1 Review



Basic 3/4 Length Leopard Mesh Sleevey
Wonders

$52.00
★★★★★  1 Review

Basic 3/4 Length Leopard Mesh Sleevey
Wonders - Plus Size

$54.00

Basic 3/4 Length Navy Lace Sleevey
Wonders

$49.00



Basic 3/4 Length Navy Lace Sleevey
Wonders - Plus Size

$51.00



Basic 3/4 Length Navy Mesh Sleevey
Wonders

$49.00



Basic 3/4 Length Navy Mesh Sleevey
Wonders - Plus Size

$51.00



Basic 3/4 Length Olive Mesh Sleevey
Wonders

$49.00



Basic 3/4 Length Olive Mesh Sleevey
Wonders - Plus Size

$51.00



Basic 3/4 Length Red Mesh Sleevey
Wonders

$49.00



Basic 3/4 Length Red Mesh Sleevey
Wonders - Plus Size

$51.00

Basic 3/4 Length Silver Lace Sleevey
Wonders

$49.00

Basic 3/4 Length Silver Lace Sleevey
Wonders - Plus Size

$51.00



Basic 3/4 Length Snakeskin Blue Mesh
Sleevey Wonders - Plus Size

$54.00



Basic 3/4 Length Snakeskin Green Mesh
Sleevey Wonders

$52.00

Basic 3/4 Length Snakeskin Green Mesh
Sleevey Wonders - Plus Size

$54.00



Basic 3/4 Length Taupe Lace Sleevey
Wonders

$49.00



Basic 3/4 Length Taupe Lace Sleevey
Wonders - Plus Size

$51.00



Basic 3/4 Length Turquoise Mesh
Sleevey Wonders

$49.00



Basic 3/4 Length Turquoise Mesh
Sleevey Wonders - Plus Size

$51.00



Basic 3/4 Length White Lace Sleevey
Wonders

$49.00

★★★★★  1 Review



Basic 3/4 Length White Lace Sleevey
Wonders - Plus Size

$51.00

  

Basic 3/4 Length White Mesh Sleevey Wonders

$49.00

★★★★★ 2

Basic 3/4 Length White Mesh Sleevey Wonders - Plus Size

$51.00

Basic 3/4 Sleeve Black Jersey Sleevey Wonders

$51.00

★★★★★ 2

   

Basic 3/4 Sleeve Black Jersey Sleevey Wonders - Plus Size

$52.00

★★★★★ 1 Review

Basic 3/4 Sleeve Blue Jersey Sleevey Wonders

$51.00

Basic 3/4 Sleeve Blue Jersey Sleevey Wonders - Plus Size

$52.00

 

Basic 3/4 Sleeve Brown Jersey Sleevey Wonders

$51.00

Basic 3/4 Sleeve Brown Jersey Sleevey Wonders - Plus Size

$52.00

Basic 3/4 Sleeve Eggplant Jersey Sleevey Wonders

$51.00



Basic 3/4 Sleeve Green Jersey Sleevey
Wonders

$51.00



Basic 3/4 Sleeve Green Jersey Sleevey
Wonders - Plus Size

$52.00



Basic 3/4 Sleeve Off-White Jersey
Sleevey Wonders

$51.00



Basic 3/4 Sleeve Off-White Jersey
Sleevey Wonders - Plus Size

$52.00



Basic 3/4 Sleeve Pink Jersey Sleevey
Wonders

$51.00



Basic 3/4 Sleeve Pink Jersey Sleevey
Wonders - Plus Size

$52.00



Basic 3/4 Sleeve Sand Jersey Sleevey
Wonders

$51.00



Basic 3/4 Sleeve Sand Jersey Sleevey
Wonders - Plus Size

$52.00



Basic 3/4 Sleeve White Jersey Sleevey
Wonders

$51.00



Basic 3/4 Sleeve White Jersey Sleevey
Wonders - Plus Size

$52.00



Basic Black Dotted Mesh Long Sleeve
Sleevey Wonders

$52.00

Basic Black Dotted Mesh Long Sleeve
Sleevey Wonders - Plus Size

$54.00

Basic Black Mesh Long Sleeve Sleevey
Wonders

$49.00



Basic Black Mesh Long Sleeve Sleevey
Wonders - Plus Size

$51.00



Basic Bone Mesh Long Sleeve Sleevey
Wonders

$49.00



Basic Bone Mesh Long Sleeve Sleevey
Wonders - Plus Size

$51.00



Basic Brown Mesh Long Sleeve Sleevey
Wonders

$49.00



Basic Brown Mesh Long Sleeve Sleevey
Wonders - Plus Size

$51.00



Basic Long Sleeve Black Jersey Sleevey
Wonders - Plus Size

$53.00

Basic Long Sleeve Navy Jersey Sleevey
Wonders

$51.00



Basic Long Sleeve Navy Jersey Sleevey
Wonders - Plus Size

$53.00



Basic Long Sleeve Off-White Jersey
Sleevey Wonders

$51.00

Basic Long Sleeve Off-White Jersey
Sleevey Wonders - Plus Size

$53.00



Basic Long Sleeve Red Jersey Sleevey
Wonders

$51.00



Basic Long Sleeve Red Jersey Sleevey
Wonders - Plus Size

$53.00

Basic Long Sleeve White Fishnet
Sleevey Wonders

$49.00



Basic Long Sleeve White Fishnet
Sleevey Wonders - Plus Size

$49.00



Basic Long Sleeve White Jersey Sleevey Wonders

$51.00



Basic Long Sleeve White Jersey Sleevey Wonders - Plus Size

$53.00

Basic Taupe Mesh Long Sleeve Sleevey Wonders

$49.00



Basic Taupe Mesh Long Sleeve Sleevey Wonders - Plus Size

$51.00



Basic White Dotted Mesh Long Sleeve Sleevey Wonders

$52.00



Basic White Dotted Mesh Long Sleeve Sleevey Wonders - Plus Size

$54.00



Basic White Mesh Long Sleeve Sleevey Wonders

$49.00



Basic White Mesh Long Sleeve Sleevey Wonders - Plus Size

$51.00



Bell 3/4 Sleeve Black Mesh Sleevey Wonders

$55.00



Bell 3/4 Sleeve Ivory Mesh Sleevey
Wonders

$55.00



Bell 3/4 Sleeve Ivory Mesh Sleevey
Wonders - Plus Size

$57.00



Bell 3/4 Sleeve White Mesh Sleevey
Wonders

$55.00



Bell 3/4 Sleeve White Mesh Sleevey
Wonders - Plus Size

$57.00



Flutter 1/2 Sleeve Black Mesh Sleevey
Wonders

$55.00



Flutter 1/2 Sleeve Black Mesh Sleevey
Wonders - Plus Size

$57.00



Flutter 1/2 Sleeve Bone Mesh Sleevey
Wonders

$55.00



Flutter 1/2 Sleeve Bone Mesh Sleevey
Wonders - Plus Size

$57.00



Flutter 1/2 Sleeve White Mesh Sleevey
Wonders

$55.00



Flutter 1/2 Sleeve White Mesh Sleevey
Wonders - Plus Size

$57.00



Halter 1/2 Sleeve Black Mesh Sleevey
Wonders

$49.00



Halter 1/2 Sleeve Black Mesh Sleevey
Wonders-Plus Size

$51.00



Halter 1/2 Sleeve Ivory Mesh Sleevey
Wonders

$49.00



Halter 1/2 Sleeve Ivory Mesh Sleevey
Wonders-Plus Size

$51.00



Halter 1/2 Sleeve White Mesh Sleevey
Wonders

$49.00



Halter 1/2 Sleeve White Mesh Sleevey
Wonders-Plus Size

$51.00

Long Bell Sleeve Black French Paisley
Lace Sleevey Wonders

$55.00



Long Bell Sleeve Black French Paisley
Lace Sleevey Wonders - Plus Size

$57.00



Long Bell Sleeve Ivory French Paisley
Lace Sleevey Wonders - Plus Size

$57.00



Long Bell Sleeve Ivory Mesh Sleevey
Wonders

$55.00



Long Bell Sleeve Ivory Mesh Sleevey
Wonders - Plus Size

$57.00



Long Bell Sleeve White Mesh Sleevey
Wonders

$55.00



Long Bell Sleeve White Mesh Sleevey
Wonders - Plus Size

$57.00



Shirred 3/4 Sleeve Black Mesh Sleevey
Wonders

$51.00

Shirred 3/4 Sleeve Black Mesh Sleevey
Wonders - Plus Size

$53.00

Shirred 3/4 Sleeve Ivory Mesh Sleevey
Wonders

$51.00



Shirred 3/4 Sleeve Ivory Mesh Sleevey
Wonders - Plus Size

$53.00



Shirred 3/4 Sleeve White Mesh Sleevey
Wonders

$51.00

Shirred 3/4 Sleeve White Mesh Sleevey
Wonders - Plus Size

$53.00



Shirred Long Sleeve Black Mesh
Sleevey Wonders

$51.00
★★★★★ 1 Review



Shirred Long Sleeve Black Mesh
Sleevey Wonders - Plus Size

$53.00

Shirred Long Sleeve Gray Mesh Sleevey
Wonders

$51.00

Shirred Long Sleeve Gray Mesh Sleevey
Wonders - Plus Size

$53.00



Shirred Long Sleeve Ivory Mesh Sleevey
Wonders

$51.00

Shirred Long Sleeve Ivory Mesh Sleevey
Wonders - Plus Size

$53.00

Shirred Long Sleeve White Mesh
Sleevey Wonders

$51.00
★★★★★ 1 Review



Sleevey Ivory Mesh Tunic Sleevey
Wonders

$72.00



Sleevey Ivory Mesh Tunic Sleevey
Wonders - Plus Size

$77.00



Sleevey White Mesh Tunic Sleevey
Wonders

$72.00



Sleevey White Mesh Tunic Sleevey
Wonders - Plus Size

$77.00
★★★★★ 1 Review



Trellis Trim Long Sleeve Black Jersey
Sleevey Wonders

$59.00



Trellis Trim Long Sleeve Black Jersey
Sleevey Wonders - Plus Size

$61.00



Trellis Trim Long Sleeve White Jersey
Sleevey Wonders

$59.00



Trellis Trim Long Sleeve White Jersey
Sleevey Wonders - Plus Size

$61.00



Waterfall 1/2 Sleeve Black Mesh
Sleevey Wonders

$55.00
★★★★★ 1 Review



Waterfall 1/2 Sleeve Black Mesh
Sleevey Wonders - 3X Plus Size

$57.00



Waterfall 1/2 Sleeve Black Mesh
Sleevey Wonders - Plus Size

$57.00



Waterfall 1/2 Sleeve Bone Mesh Sleevey
Wonders

$55.00



Waterfall 1/2 Sleeve Bone Mesh Sleevey
Wonders - Plus Size

$57.00



Waterfall 1/2 Sleeve Ivory Mesh Sleevey
Wonders

$55.00



Waterfall 1/2 Sleeve Ivory Mesh Sleevey
Wonders - Plus Size

$57.00



Waterfall 1/2 Sleeve Navy Mesh Sleevey
Wonders

$55.00



Waterfall 1/2 Sleeve Navy Mesh Sleevey
Wonders - Plus Size

$57.00



Waterfall 1/2 Sleeve Silver Mesh
Sleevey Wonders

$55.00

# Exhibit G

SHIP   5/16/13

# Sleevey Wonders ®

1 lb

$82.42

## Sleevey Wonders Invoice for Order #978

**R and A Synergy, LLC**
**1411 Maple Hill Rd.**
**Diamond Bar, CA 91765**
**(909) 860-7615**

### Billing Details

**Jillian Doyle**
Suite 1700
Atlanta, Georgia 30326
United States
Phone: 3344 Peachtree Road
Email: jilliandoyle6@gmail.com

### Shipping Details

**Lisa Magazine**
Suite 1700
Atlanta, Georgia 30326
United States
Phone: Phone: 3344 Peachtree Road
Email: jilliandoyle6@gmail.com

| | | | | |
|---|---|---|---|---|
| **Order:** | #978 | **Order Date:** | 15th May 2013 | |
| **Payment Method:** | Pay with Credit Card ($117.14) | **Shipping Method:** | UPS (2nd Day Air) | |

## Order Items

| Qty | Code/SKU | Product Name | Product Price | Total |
|---|---|---|---|---|
| 1 | S30102BLK-S | Basic 3/4 Length Black Lace Sleevey Wonders | $42.00 USD | $42.00 USD |
| | | Size: S | | |
| 1 | S30103IVO-M | Basic 3/4 Length Ivory Mesh Sleevey Wonders | $42.00 USD | $42.00 USD |
| | | Size: M | | |

| | |
|---|---|
| Subtotal: | $84.00 USD |
| Shipping: | $30.14 USD |
| Handling: | $3.00 USD |
| **Grand Total:** | **$117.14 USD** |

# Exhibit H

| **Sleevey Wonders** | **Spanx** |
|---|---|
| **Sheer Mesh:** | **Sheer Mesh:** |
|  |  |
|  |  |

| **Sleevey Wonders** | **Spanx** |
|---|---|
| **Polka Dot:** | **Polka Dot:** |
|  |  |
|  |  |

| **Sleevey Wonders** | **Spanx** |
|---|---|
| Lace: | Lace: |









# Exhibit I



Q SEARCH | NEWSLETTERS | FOLLOW | SUBSCRIBE



**MOST INNOVATIVE WOMEN (HTTPS://WWW.INC.COM/WOMEN-IN-BUSINESS)**

# Why Sara Blakely Thinks Being Underestimated Can Help Women in Business

She also unveiled Spanx's newest product at the Inc. Women's Summit on Monday.



By Emily Canal  Reporter, Inc.com    🐦 @emilycanal (http://www.twitter.com/emilycanal)

💬 **WRITE A COMMENT**

Why Sara Blakely Decided to Throw Out the Rulebook When She Fou...    ✦



NEXT ARTICLE

While developing her apparel company Spanx (https://www.inc.com/magazine/201402/sara-blakely/spanx-sara-blakely-patent-protection.html), Sara (https://www.inc.com/sara-blakely/how-spanx-founder-turned-5000-dollars-into-a-billion-dollar-undergarment-business.html)Blakely (https://www.inc.com/sara-blakely/how-spanx-founder-turned-5000-dollars-into-a-billion-dollar-undergarment-business.html) found she was often being underestimated. It's an issue that affects many women entrepreneurs (https://www.inc.com/sara-blakely/the-spanx-story-how-sara-blakely-turned-footless-pantyhose-into-a-business.html.html), she says--for both good and bad.

"In the beginning I wasn't taken seriously," Blakely (https://www.inc.com/bill-murphy-jr/sara-blakely-self-made-billionaire-raise-daughters-children.html) said Monday at the Inc. Women's Summit (https://www.inc.com/emily-canal/jenny-fleiss-inc-womens-summit-preview.html) in New York City. "It was very difficult for me to even get my product off the ground."

Although it was frustrating that no one would give her a chance at the time, she added that being underestimated can also give women a competitive edge.

Blakely also spoke about building a billion-dollar brand (https://www.inc.com/sara-blakely/the-spanx-story-how-sara-blakely-turned-footless-pantyhose-into-a-business.html) at the conference and touched on using her business to advocate for women. "Professionally, I'm most proud of forcing an industry that stopped caring about how we felt in things and forced them to start making things better for us," she said.

Like many women, Blakely said, she grew up hearing the phrase "beauty is pain." As a response to that concept, which she called "B.S.," in 1998 she cut the feet off a pair of pantyhose and began her shapewear company. Spanx is now worth more than $1 billion and has expanded into leggings, hosiery, and other products.

Blakley announced Spanx's newest offering, called arm tights, at the Women's Summit. She described the product as a crop top with long sleeves that is made from the same material as the company's famous tights. Blakely, who modeled a sparkling black version, said it will allow women to wear sleeveless tops in the cooler weather. (You can see the entire announcement in the video below.)

NEXT
ARTICLE

"It completely transforms your wardrobe," she said.

## Sara Blakely Says This Could Be Spanx's Next Billion-Dollar Idea

# Exhibit J

| **Sleevey Wonders** | **Spanx** |
|---|---|
| Blue: | Blue: |









| **Sleevey Wonders** | **Spanx** |
|---|---|
| **White:** | **White:** |

| **<u>Sleevey Wonders</u>** | **<u>Spanx</u>** |
|---|---|
| Gray: | Gray: |
|  |  |
|  |  |

# Exhibit K





# Exhibit L



# Arm Tights!™

It all started when Sara wanted to make getting dressed easier for women. She invented a product that completely eliminated VPL and made women feel more confident in their clothes.

Now, SPANX is reinventing the way women around the 🌍 get dressed...again! Arm Tights transform your entire wardrobe and allow you to wear everything in your closet, year round!

With game-changing bras, hosiery, shapewear, leggings and activewear, SPANX is shaking up your wardrobe like never before, continuing to make the world a better place...one butt at a time. 😉

**WHAT'S IT DO?**
· Smoothing design flatters arms
· Lightweight hosiery design = less bulk under clothes
· Transforms everything in your wardrobe into a year-round piece
· Fun, fashion accessory adds a pop to any outfit
· Adds extra coverage to sleeveless looks

# SPANX®

**HI SPANX FANS!**

We have something new up our sleeve that I'm so excited to share with you. Tights for your legs have been around for years, so...why not tights for your arms?

Ta-dah! Spanx invents Arm Tights™.

The SPANX team spent 5 years prototyping and perfecting Arm Tights™. A lightweight, second skin, revolutionary layering piece with no seam down the arm, so you get 360° of flawless arm coverage!

If you are anything like me, you have lots of sleeveless options in your closet that you would love to wear year round. But layering a shirt under your clothes doesn't look great and is super bulky. So, drumroll please...our patent pending Arm Tights™ to the rescue!

With this one item, your entire wardrobe becomes year round.

Your favorite sleeveless dress/top can now be worn in fall and winter! And your boring black dress comes to life with arm tights, giving all the basics in your closet a whole new look. So stock up, become your own stylist, throw Arm Tights™ on over your head and get layering. It's so fun to play in your closet and create new looks.

Available in lots of colors and patterns.

Expect compliments!

xo,
Sara Blakely