# Exhibit M



# Exhibit N



# SPANX

LEGGINGS     **TOPS**     ACTIVE     SHAPEWEAR     BRAS     PANTIES

Home > Tops > Arm Tights™ > SPANX Arm Tights™ Layering Piece





Liked by **sparklingsoutherner** and **255 others**

**spanx** We, at Spanx, put our whole ❤️ into every product that we create! That's why when @sarablakely had the idea for Arm Tights, we put YEARS into perfecting and prototyping them to create the best possible solution for women. Arm Tights are lightweight, comfortable, and take layering to the next level! Tap the link in our bio to try them for yourself and see all the magic. #ArmYourWardrobe

   





## ivyhillboutique

**Follow**    •••



**10 likes**

**ivyhillboutique** New to our store...Spanx

# Exhibit O



**Sleevey Wonders Paper Doll Advertisement**



**Arm Tights Paper Doll Advertisement**

# Exhibit P

| **Sleevey Wonders** | **Spanx** |
|---|---|
| **What Sleevey Wonders Can Do For You!** | **WHAT'S IT DO?** |
| *I created Sleevey Wonders because I love fashion, including sleeveless & strapless tops & dresses, but I didn't love my bare, flabby arms.  Sleevey Wonders solves that problem, and so much more!* | · Smoothing design flatters arms<br>· Lightweight hosiery design – less bulk under clothes<br>· Transforms everything in your wardrobe into a year-round piece<br>· Fun, fashion accessory adds a pop to any outfit<br>· Adds extra coverage to sleeveless looks |
| · Looks great under everything – from the most casual tops to the fanciest dresses<br><br>· Four-way stretch gently hugs & slims your arms, & looks like they're part of your top or dress<br><br>· To show less cleavage, reverse your Sleevey Wonders & have instant coverage<br><br>· Great for when you can't be sleeveless at work, place of worship, etc<br><br>· Extends your wardrobe into more seasons<br><br>· Expands your travel wardrobe without bulky packing<br><br>· Turns old outfits into something new | **SPANX** |

# Exhibit Q

| **Sleevey Wonders** | **Spanx** |
| --- | --- |
|  | |

# Exhibit R



# Exhibit S



# Exhibit T



**spanx** ✔ When designing Arm Tights, we had a light-bulb moment! 💡 Layering pieces are usually bulky and ride up underneath your clothes, but we wanted a different solution for women! We designed Arm Tights to be a crop top for a lightweight, no-ride fit! #ArmYourWardrobe with this game-changer today, link in bio. 🙌

2w

Load more comments

**maciiii_9** 👩🏻👩🏻👩🏻 @des__pacito
2w   1 like   Reply

**willi583** Go @des__pacito !!
2w   1 like   Reply

**willowbay9** I love these , but I wish they weren't so expensive
2w   ~~Reply~~

✈ Add a comment...                              Post

# Exhibit U

## Transcript for Shark Mark Cuban, Spanx CEO share best ways to succeed in business

So, of course, mark is here celebrating the new season of "Shark tank" this morning. Welcome back for that. Thank you. Looking back at the whole -- all the seasons which investment do you regret the most. Do I regret? They're all my children. There's just some -- you have some entrepreneurs that think the accomplishment is getting the investment. When you get an investment of the company that's when the work starts so some don't want to do the work. I won't throw anybody under the bus unless it was Strahan. You wouldn't be the first. I love watching this show. Thank you. I love it. You cannot hide your frustration. You don't even try to hide it. But what kind of things get that reaction O of you. If somebody tries to hustle us, right. They think they're smarter than five of us that's a no-no. If someone makes a claim they can't back up, that is a no-no so we're sitting there concentrating so hard so you see my natural reaction. Yeah, I make a face or two not that I'd roll my eyes. Can you tell when you're smelling out the same hustle. Yeah, I mean when we know somebody is full of it then we all start digging in, right except for Kevin. Kevin -- if everybody is else digging on somebody he comes in and does the stupidest deals ever. I want a $600 product royalty for something -- yeah. Guest sharks and have one with us, Sara Blakely from spanx. The spanx CEO and you're actually wearing a new invention this morning. Yes, I have my own ininvestigation just like all these entrepreneurs and spanx is launching arm tights. So I -- this -- listen, I'm wearing them right now but they're amazing. They allow women to wear everything sleeveless in their closet year round and so I always say when I look for entrepreneurs I look for people who fill the white space and solves a problem, comes up with a better solution and then can explain to me why they're the best option. And my frustration with this was I have so many sleeveless dresses and shirts that hang in my closet I can't wear in the fall or winter. So this is a sleeveless dress and I threw on this shimmer silver. It looks beautiful. And I'm good. I'm looking and I'm going, why didn't I think of that? It seems so -- You think you could have come up with arm tights? No, but I could have come up with something. That is amazing. Problem, solution then why are you best option, that's what entrepreneurs, anybody that fills that white space and what I look for on the show. Sara was so good we'll have back-to-back episodes of Sara on Sunday night. That's how good she was. One of your tips was the secret of success embarrass yourself daily. How so? In thinking about success and what I attribute a lot to one of the things is I do try to embarrass myself often. And I also celebrate embarrassment and Instagram is giving me an opportunity to do that. I literally put so many things on there that I embarrass myself with but the fear of embarrassment is one of the main reasons people don't go for it. And so in order to defuse the power of embarrassment over me I will intentionally embarrass myself if it hasn't happened in a while. If you do it or say it it's better than someone else pointing it out. You take the power back. Celebrate the embarrassment. Makes other people laugh. So I've got so many embarrassing things on my Instagram, I mean from like being late to drop off my kids and I having to walk in totally mismatched pajamas, all those moments are like, okay, this is really happening. I tell you what, sitting here with you and mark and just your personalities and the way you engage people and on it, you can see where the success comes from. So happy you joined us this morning. We got to tell you right now you

# Exhibit V



Billion-dollar shapewear brand Spanx, which counts stars such as Oprah and Gwyneth Paltrow as acolytes, is banking on it with a new product to help women combat batwings: Arm Tights.

More of a long-sleeved crop top than a body stocking, the tights run from $30 to $34 and are designed to be worn under sleeveless frocks and tanks. But unlike Spanx's popular waist-whittling undies, Arm Tights are meant to be shown — they come in 11 colors, including a neon yellow and Barbie pink.

Spanx founder Sara Blakely insists that the invention wasn't born out of a desire to slenderize arms but to squeeze more looks out of warm-weather clothing as temps drop.

"My favorite things to invent are the ones women didn't realize they needed and can't live without," Blakely — clad in glittery-gold Arm Tights — tells The Post. "Tights have been around for our legs for so many years, I was thinking, 'Why aren't there tights for our arms?'"



# Exhibit W

INTRODUCING *Arm Tights*™!



(https://www.spanx.com/introducing-arm-tights/)
(https://www.spanx.com/)

**SPANX** (https://www.spanx.com/)



(https

/chec

/cart/

# About Us



"It all started with a pair of pantyhose, some scissors and a bright idea."

xo, Sara Blakely

**SPANX founder Sara Blakely** was getting ready for a party when she realized she didn't have the right undergarment to provide a smooth look under white pants. Armed with scissors and sheer genius, she cut the feet off her control top pantyhose and the SPANX revolution began! With a focus on solving wardrobe woes, the SPANX brand has grown to offer bras, underwear, leggings, active and more. SPANX has secured its place in women's hearts and in pop-culture with daily mentions everywhere from CNN to SNL.

In March of 2012, Founder Sara was named the world's youngest, self-made female billionaire by Forbes Magazine and one of TIME's 100 Most Influential People. Headquartered in Atlanta, GA and opening retail shops across the United States, SPANX can now be found worldwide in more than 50 countries. In addition to keeping butts covered from Savannah to Singapore, SPANX also shapes the world by focusing on our mission: To help women feel great about themselves and their

potential.





# 2017

**SPANX.COM LAUNCH**
Cheers to the new and improved Spanx.com

1998 ○ ○ ○ ○ ○ ○ ○ ○ ○ ○ ○ ○ ○ ○ ○ ○ ○ ○ ○ 2017

  I took a before and after photo in my dress. And wow, this SPANX  
difference!

— Sarah, Los Angeles, CA

19982017



## Sign Up

We've got your butt (and inbox) covered.

Enter your email address            SUBMIT

# Exhibit X

INTRODUCTING *Arm Tights*™!



(https://www.spanx.com/introducing-arm-tights/)
(https://www.spanx.com/)

 (https://www.spanx.com/)



(htt

MAKING THE WORLD
A BETTER PLACE...

*together*

/che

/car

Your purchase makes it possible for us to give
back. Thank you for joining us on our mission to
make the world a better place... one butt at a
time. Since the beginning, Spanx founder, Sara
Blakely set aside a portion of proceeds to
elevate women on the planet.

**Because when she soars, we soar.**

# TOGETHER, HERE'S HOW WE'RE SHAPING THE WORLD

<



# INVEST IN OUR
# WORLD'S FUTURE:

*girls*

The SPANX by Sara Blakely Foundation will match
100% of donations to Malala Fund — dollar for
dollar — up to $150,000.

### 11/21-11/28/17

DONATE NOW (HTTPS://WWW.CLASSY.ORG/



 I am committed to the belief that we would all be in a much better place if half the human race (WOMEN) were empowered to prosper, invent, be educated, start their own businesses, run for office — essentially be given the chance to SOAR! 

— Sara Blakely



(https://vimeo.com/238591358)

# CENTER FOR CIVIC INNOVATION

Spanx and the Spanx by Sara Blakely Foundation teamed up with a change-agent in our own backyard: The Center for Civic Innovation, by supporting a cohort of 10 female entrepreneurs who are the new guard for social impact and business leadership in Atlanta. We invested $250,000 in these ladies, providing them with a mentorship intensive and year of support: from a financial stipend to business development training.



# GRAMEEN® AMERICA

The Spanx by Sara Blakely Foundation became the anchor sponsor of the Grameen American Social Business Fund (GASBF), a unique U.S.-focused social impact investment opportunity empowering

Case 2:17-cv-09147-SVW-AS   Document 1-2   Filed 12/21/17   Page 30 of 38   Page ID #:138

entrepreneurs through microloans, credit and asset-building services.

# LEG UP®

We're about supporting women living an entrepreneurial life. Not just traditional entrepreneurs, but women from all walks and talks doing what they do best... artists, filmmakers, teachers, accountants, stay-at-home moms... anyone with the courage, creativity and confidence to pursue their dreams.

## Leg Up is about shining a light on these leading ladies, and giving them the exposure they deserve.



*Leg Up Spotlight*
# THE AKOLA PROJECT

Brittany Merrill Underwood is a past SPANX Leg Up Winner and founder of The Akola Project. Akola is a non profit jewelry company that has employed more than 500 women living in poverty, empowering them to break the cycle and transform their lives. In 2016, Akola became the first full-impact social brand in the luxury space.

# THE MALALA FUND   MORE THAN

Together, we are stronger than those who deny girls the right to education. The Spanx by Sara Blakley Foundation donated $150,000 to support The Malala Fund

# Exhibit Y

November 7, 2017

Sara Blakely
CEO
Spanx, Inc.
3035 Peachtree Rd NE (Pharr)
Atlanta, GA 30326

Dear Ms. Blakely,

I am writing to you with regard to your new product line -- Arm Tights and layering crop tops in lace, mesh and dotted mesh -- as it relates to my company, Sleevey Wonders, which was formed in 2008. I wanted to share my story with you so that you were aware of what you have done to the lives of my entire family by taking my idea and claiming it as your own. I know you are a very, very busy person and wanted to give you the benefit of the doubt that you don't recall the interaction that took place between our two companies.

In early May 2013, your assistant at the time, Jillian Doyle, ordered two pairs of Sleevey Wonders, which were shipped to Spanx headquarters on May 15, 2013 (please see attached documentation).   In that order, you received our hangtag and brochures which prominently featured paper dolls as a way to illustrate how to convert sleeveless clothing into sleeved clothing.   Your packaging now also uses paper dolls in the same fashion.  Sometime after you placed your order, our attorney also left several voice mail messages on the Spanx main telephone number that indicated that we believed that Sleevey Wonders would be a good fit with the Spanx product line and inquired about Spanx willingness to entertain a potential business relationship with our company.

Now let me briefly share my very personal story with you.

I have been challenged with chronic Lyme disease since my early 20's, which I then unknowingly passed to my husband, and through birth to both of my children. I almost died in 2003 from Stevens-Johnson, and was bedridden for four years. My son is completely disabled, with three inoperable brain tumors, chronic and debilitating neuropathological pain, and extreme fatigue. He is only 36. My daughter, age 40, is a little better than my son, but is still challenged with pain and fatigue every day of her life, like I am.

In 2008, when the economy crashed, my husband lost half his salary.  Every member of my family was sick, which meant massive medical bills. We were in a dire situation.  I told my husband about my idea for independent sleeves you could mix and match to turn sleeveless clothes into something new and flattering. I had been designing sleeves and having them sewn in for years, and always received compliments on my tops, so I thought this could be a great business that could help cover our medical bills. My sick children gave me the courage and motivation to turn my idea into a business that had the potential to help me save my family.

We refinanced our home to get the start-up money for patents and pattern makers, poured our hearts, souls, blood, sweat and tears into our business to take care of our sick family. Thankfully

we have been successful.  We created a whole new product category that never existed before Sleevey Wonders.


You can imagine my shock and heartbreak when I saw your catalog cover with the outstretched arms, wearing what appears to be Sleevey Wonders, in mesh and lace - as it deceptively hides the shoulder seams. Then to further sicken me, came your Arm Tights, with you announcing your "invention to the world."  I saw my very own idea, which you had discovered when you received my product back in 2013, being marketed as your own.   This was especially disturbing and shocking as you have built your brand and your Foundation on the importance of helping and mentoring other women.

Spanx is a smart, savvy, multi-billion dollar company with the finances to out-market and out-sell Sleevey Wonders.   The result is that you have threatened our family business, which equates to unthinkable consequences for the health of our family.   The damages may include four people's lives.

Thank you for taking the time to listen to my story. This issue has caused me a tremendous amount of stress and sleepless nights.   I wish I never had to write this letter, as our family finally had a bright future prior to September 2017.  I truly hope that we can reach a private resolution to this issue prior to my moving forward with legal options.  It's a stress my family cannot afford to go through, but also cannot afford *not* to go through.


Sincerely,

Ruthann Greenblat
CEO
Sleevey Wonders
770 S. Brea Blvd.
Suite 224
Brea, CA. 92822
951-833-4077
ruthann@sleeveywonders.com

# Exhibit Z

# KING & SPALDING

King & Spalding LLP
1185 Avenue of the Americas
New York, New York  10036-4003
www.kslaw.com

Kathleen E. McCarthy
Partner
Direct Dial:  212-556-2345
Direct Fax:  212-556-2222
kmccarthy@kslaw.com

November 14, 2017

**BY EMAIL TO: RUTHANN@SLEEVEYWONDERS.COM**
**CONFIRMATION COPY SENT BY UPS NEXT DAY DELIVERY**

Ms. Ruthann Greenblat, CEO
Sleevey Wonders
770 South Brea Blvd., Suite 224
Brea, CA 92822

   **Re: Sleevey Wonders / Spanx**

Dear Ms. Greenblat:

  We represent Spanx, Inc. and have been asked to respond to your November 7, 2017 letter addressed to Spanx's founder Sara Blakely. Please direct any further communications about this matter to my attention.

  Spanx appreciates that you have concerns about competition from Spanx and that you have taken the time to write a personal letter on the matter.  However, we have not been able to identify any basis for a legal claim.  There is nothing actionable about the fact that Spanx may have ordered your products and other product offerings at some point in the past.  The products Spanx developed and now offers are not the same as Sleevey Wonders products. Aside from the fact that both products are intended for use on the arms (like several other, similar products on the market), the Spanx products differ from what Sleevey Wonders has patented and otherwise differ from Sleevey Wonders products in several ways. For example, the Spanx packaging and promotional materials are readily distinguishable from and not likely to be confused with those of Sleevey Wonders.  Spanx's current offerings are all in a pull-on style, whereas Sleevey Wonders products snap under the bust.

  Spanx respects the intellectual property rights of others and is committed to resolving legitimate disputes amicably and without litigation.  That said, Spanx's investigation did not identify any issues to be addressed here.  If you or your attorney would like to discuss this matter further, please let me know and we can arrange a

Ms. Ruthann Greenblat
November 14, 2017
Page - 2 -

convenient time for a call. Otherwise, we expect that both parties can continue to market and promote their different offerings to the public without interference from one another.  Spanx's rights and remedies are reserved.

Yours truly,

Kathleen E. McCarthy

KEM

# Exhibit A1



▎▎▎Verizon  LTE         9:20 AM         ⏰ ✳ 84% ▬

< ⬤ SPANX  **SPANX**                    • • •
Monday at 5:05 PM · 🌐

## Arm Tights™ in every color? Why Not!



**Wear sleeveless looks,
year round!**                    [ Shop Now ]
spanx.com

👍 Like          💬 Comment          ↪ Share

👍 **Ellen Barnes and 2 others**

   **Robin Mullins**
                       Hmmm, they look a lot like **Sleevey Wonders.**

                       1h    Like    Reply

   Reply as Sleevey Wonders