| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | |
|---|---|
| Jennifer H. Hamilton, Esq. (SBN 220439)<br>AVYNO LAW P.C.<br>6345 Balboa Blvd., Suite 208, Building 1<br>Encino, CA 91316<br>Tel.: (818) 654-8841<br>Fax: (818) 332-4205 | |
| ATTORNEY(S) FOR: R and A Synergy, LLC | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| R AND A SYNERGY LLC, a California limited liability company,<br><br>                                           Plaintiff(s),<br>           v.<br>SPANX, INC., a Georgia corporation,<br><br>                                           Defendant(s) | CASE NUMBER:<br><br>2:17-cv-9147<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for     R AND A SYNERGY LLC
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| R and A Synergy LLC,<br>a California limited liability corporation<br>Los Angeles County | Plaintiff |
| Spanx, Inc.<br>a Georgia corporation<br>3035 Peachtree Road, Suite 200<br>Atlanta, Georgia 30305 | Defendant |

| December 21, 2017 | /s/ Jennifer H. Hamilton |
|---|---|
| Date | Signature |

                                                Attorney of record for (or name of party appearing in pro per):

                                                R and A Synergy, LLC