# Exhibit A



# Exhibit B




# Exhibit C

**Plaintiff R and A's Jersey Trade Dress**



**Defendant Spanx's Infringing ARM TIGHTS Products**



# Exhibit D

*SHIP*  *5/16/13*



*1 lb*

*$82.42*

## Sleevey Wonders Invoice for Order #978

R and A Synergy, LLC
1411 Maple Hill Rd.
Diamond Bar, CA 91765
(909) 860-7615

### Billing Details

**Jillian Doyle**
Suite 1700
Atlanta, Georgia 30326
United States
Phone: 3344 Peachtree Road
Email: jilliandoyle6@gmail.com

### Shipping Details

**Lisa Magazine**
Suite 1700
Atlanta, Georgia 30326
United States
Phone: Phone: 3344 Peachtree Road
Email: jilliandoyle6@gmail.com

| | | | |
|---|---|---|---|
| **Order:** | #978 | **Order Date:** | 15th May 2013 |
| **Payment Method:** | Pay with Credit Card ($117.14) | **Shipping Method:** | UPS (2nd Day Air) |

## Order Items

| Qty | Code/SKU | Product Name | Product Price | Total |
|---|---|---|---|---|
| 1 | S30102BLK-S | Basic 3/4 Length Black Lace Sleevey Wonders | $42.00 USD | $42.00 USD |
| | | Size: S | | |
| 1 | S30103IVO-M | Basic 3/4 Length Ivory Mesh Sleevey Wonders | $42.00 USD | $42.00 USD |
| | | Size: M | | |

| | |
|---|---|
| Subtotal: | $84.00 USD |
| Shipping: | $30.14 USD |
| Handling: | $3.00 USD |
| **Grand Total:** | **$117.14 USD** |

# Exhibit E



## SPANX
Monday at 5:05 PM

### Arm Tights™ in every color? Why Not!



**Wear sleeveless looks, year round!**
spanx.com

[Shop Now]

👍 Like    💬 Comment    ↗ Share

👍 Ellen Barnes and 2 others



**Robin Mullins**
Hmmm, they look a lot like **Sleevey Wonders.**

1h   Like   Reply


Reply as Sleevey Wonders

# Exhibit F



# Exhibit G




# Exhibit H



**spanx** When designing Arm Tights, we had a light-bulb moment! 💡 Layering pieces are usually bulky and ride up underneath your clothes, but we wanted a different solution for women! We designed Arm Tights to be a crop top for a lightweight, no-ride fit! #ArmYourWardrobe with this game-changer today, link in bio. 🙌

2w

Load more comments

**maciiii_9** 💁🏻‍♀️💁🏻‍♀️💁🏻‍♀️ @des__pacito
2w   1 like   Reply

**willi583** Go @des__pacito !!
2w   1 like   Reply

**willowbay9** I love these , but I wish they weren't so expensive
2w   Reply

Add a comment...   Post

# Exhibit I

## Transcript for Shark Mark Cuban, Spanx CEO share best ways to succeed in business

So, of course, mark is here celebrating the new season of "Shark tank" this morning. Welcome back for that. Thank you. Looking back at the whole -- all the seasons which investment do you regret the most. Do I regret? They're all my children. There's just some -- you have some entrepreneurs that think the accomplishment is getting the investment. When you get an investment of the company that's when the work starts so some don't want to do the work. I won't throw anybody under the bus unless it was Strahan. You wouldn't be the first. I love watching this show. Thank you. I love it. You cannot hide your frustration. You don't even try to hide it. But what kind of things get that reaction O of you. If somebody tries to hustle us, right. They think they're smarter than five of us that's a no-no. If someone makes a claim they can't back up, that is a no-no so we're sitting there concentrating so hard so you see my natural reaction. Yeah, I make a face or two not that I'd roll my eyes. Can you tell when you're smelling out the same hustle. Yeah, I mean when we know somebody is full of it then we all start digging in, right except for Kevin. Kevin -- if everybody is else digging on somebody he comes in and does the stupidest deals ever. I want a $600 product royalty for something -- yeah. Guest sharks and have one with us, Sara Blakely from spanx. The spanx CEO and you're actually wearing a new invention this morning. Yes, I have my own ininvestigation just like all these entrepreneurs and spanx is launching arm tights. So I -- this -- listen, I'm wearing them right now but they're amazing. They allow women to wear everything sleeveless in their closet year round and so I always say when I look for entrepreneurs I look for people who fill the white space and solves a problem, comes up with a better solution and then can explain to me why they're the best option. And my frustration with this was I have so many sleeveless dresses and shirts that hang in my closet I can't wear in the fall or winter. So this is a sleeveless dress and I threw on this shimmer silver. It looks beautiful. And I'm good. I'm looking and I'm going, why didn't I think of that? It seems so -- You think you could have come up with arm tights? No, but I could have come up with something. That is amazing. Problem, solution then why are you best option, that's what entrepreneurs, anybody that fills that white space and what I look for on the show. Sara was so good we'll have back-to-back episodes of Sara on Sunday night. That's how good she was. One of your tips was the secret of success embarrass yourself daily. How so? In thinking about success and what I attribute a lot to one of the things is I do try to embarrass myself often. And I also celebrate embarrassment and Instagram is giving me an opportunity to do that. I literally put so many things on there that I embarrass myself with but the fear of embarrassment is one of the main reasons people don't go for it. And so in order to defuse the power of embarrassment over me I will intentionally embarrass myself if it hasn't happened in a while. If you do it or say it it's better than someone else pointing it out. You take the power back. Celebrate the embarrassment. Makes other people laugh. So I've got so many embarrassing things on my Instagram, I mean from like being late to drop off my kids and I having to walk in totally mismatched pajamas, all those moments are like, okay, this is really happening. I tell you what, sitting here with you and mark and just your personalities and the way you engage people and on it, you can see where the success comes from. So happy you joined us this morning. We got to tell you right now you

# Exhibit J



Billion-dollar shapewear brand Spanx, which counts stars such as Oprah and Gwyneth Paltrow as acolytes, is banking on it with a new product to help women combat batwings: Arm Tights.

More of a long-sleeved crop top than a body stocking, the tights run from $30 to $34 and are designed to be worn under sleeveless frocks and tanks. But unlike Spanx's popular waist-whittling undies, Arm Tights are meant to be shown — they come in 11 colors, including a neon yellow and Barbie pink.

Spanx founder Sara Blakely insists that the invention wasn't born out of a desire to slenderize arms but to squeeze more looks out of warm-weather clothing as temps drop.

"My favorite things to invent are the ones women didn't realize they needed and can't live without," Blakely — clad in glittery-gold Arm Tights — tells The Post. "Tights have been around for our legs for so many years, I was thinking, 'Why aren't there tights for our arms?'"

